**LAW OFFICES OF MAUREEN GRAVES**
Maureen R. Graves (SBN 145979)
John G. Nolte (SBN 233966)
34 Schubert Court
Irvine, California 92617
Telephone   (949) 856-0128
Fascimile    (949) 856-0168

Attorneys for Plaintiff
L.T., a minor, by his mother, Y.V.,
as his next friend; Y.V. and R.T.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., a minor, by his mother, Y.V., as his next friend; Y.V. and R.T.<br>            Plaintiffs,<br><br>     vs.<br><br>Los Angeles Unified School District<br>            Defendant | Case No. CV 10-7570 DMG (VBKx)<br><br>**ORDER DISMISSING CASE [26]** |

 Pursuant to the request for dismissal filed by Plaintiffs L.T., Y.V., and R.T. and counsel for Defendant Los Angeles Unified School District indicating that the parties have resolved their differences with respect to the period in controversy in this matter, this case is hereby DISMISSED.

 IT IS SO ORDERED.

Dated:  September 12, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE